JOHN M. RIESTENBERG / SB# 82668
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Telephone:  (916) 443-6300

Attorney for Plaintiff DIANE ALMANZA

GREGORY SPALLAS/ SB #129306
KRISTIN OLIVEIRA/SB# 204384
PHILLIPS SPALLAS & ANGSTADT
650 California Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 278-9400

Attorneys for Defendants WAL-MART STORES, INC. and JOHN SEIBERT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE ALMANZA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC., JOHN ) <br> SIEBERT, and DOES 1 through 20, ) <br> ) <br> Defendants. ) | NO.  2:06-CV-00553 WBS GGH <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between DIANE ALMANZA, by and through her counsel of record, WAL-MART STORES, INC. and JOHN SIEBERT, by and through their counsel of record, that the above-captioned matter be dismissed with prejudice with each party to bear its own costs and attorney's fees.

1  DATED:  December 24, 2007                    Respectfully submitted,

2                                                /S/ *JOHN RIESTENBERG*

3                                                JOHN M. RIESTENBERG
                                                 Attorney for Plaintiff DIANE ALMANZA
4
   DATED:  December 24, 2007                    Respectfully submitted,
5

6                                                */S/ KRISTIN OLIVEIRA*

7                                                GREGORY SPALLAS
                                                 KRISTIN OLVIEIRA
8                                                Attorney for Defendants WAL-MART
                                                 STORES, INC. and JOHN SEIBERT
9

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

Dated:   December 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE